█ In the Matter of BRIAN I. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BRIAN T., Appellant. (Proceeding No. 1.) In the Matter of ELIZABETH DUNHYEL F. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BRIAN T., Appellant. (Proceeding No. 2.) In the Matter of OLIVIA F.

ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BRIAN T., Appellant. (Proceeding No. 3.) [858 NYS2d 286]—

In three related child protective proceedings pursuant to Family Court Act article 10, the father appeals from (1) a fact-finding order of the Family Court, Orange County (Klein, J.), dated July 18, 2006, which, after a hearing, found, in effect, that the subject children were derivatively neglected, and (2) an order of disposition of the same court dated January 8, 2007, which, upon the fact-finding order, determined, inter alia, that the children should remain in the custody of the Orange County Department of Social Services.

Ordered that the appeal from the fact-finding order is dismissed, without costs or disbursements, as the fact-finding order was superseded by the order of disposition and is brought up for review on the appeal from the order of disposition; and it is further,

Ordered that the order of disposition is affirmed, without costs or disbursements.

The petitioner had the burden of proving, by a preponderance of the evidence, that the father neglected the subject children (*see* Family Ct Act § 1012 [f], § 1046 [b] [i]; *Nicholson v Scoppetta,* 3 NY3d 357, 368 [2004]). The petitioner satisfied that burden with evidence that, inter alia, the father was convicted of multiple sexual abuse crimes against child victims other than the subject children. A derivative finding of neglect should be made where the evidence of abuse of another child or children demonstrates such an impaired level of parental judgment as to create a substantial risk of harm for any child in the respondent's care (*see Matter of Ian H.,* 42 AD3d 701 [2007]; *Matter of Amber C.,* 38 AD3d 538, 540 [2007]; *Matter of Nicole G.,* 274 AD2d 478, 479 [2000]; *Matter of Dutchess County Dept. of Social Servs. [Noreen K.],* 242 AD2d 533, 534 [1997]; *Matter of Dutchess County Dept. of Social Servs. v Douglas E.,* 191 AD2d 694, 694 [1993]).

The father's remaining contentions are either unpreserved for appellate review or without merit. Fisher, J.P., Covello, Angiolillo and Belen, JJ., concur.